## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| KATARENA CHAMPAGNE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. C24-1663-SKV<br><br>ORDER RE: BRIEFING |

A preliminary review of the briefing submitted by counsel for Plaintiff raises a concern that it contains unverified generative artificial intelligence ("AI") outputs. *See, e.g.*, Dkt. 9 at 8 (quoted language does not appear in *Edlund v. Massanari*, 253 F.3d 1152, 1157 (9th Cir. 2001)). Due to that concern, and with consideration of the issues identified in *Mavy v. Comm'r of Soc. Sec. Admin.*, No. CV-25-00689-PHX-KML (ASB), 2025 WL 2355222 (D. Ariz. Aug. 14, 2025), counsel for Plaintiff is herein ORDERED to re-file Opening and Reply briefs within **seven (7) days** of the date of this Order. Before re-filing, counsel shall thoroughly review the briefing and correct any hallucinated case citations or quotes and any other AI-related errors. Although the Court does not anticipate that any such corrections would necessitate a response, the Commissioner may, if needed, re-file a Responsive Brief within **seven (7) days** of the re-filed

ORDER RE: BRIEFING - 1

Opening and Reply briefs.  The Court will also entertain any motion by the Commissioner for costs associated with a re-filed Responsive brief.

Dated this 2nd day of September, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE:  BRIEFING - 2